**FILED**
CLERK, U.S. DISTRICT COURT

2/26/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAP COMPANY, etc.<br><br>Plaintiff,<br><br>vs.<br><br>LEBANESE ARAK CORP., etc., et al.<br><br>Defendants. | Case No.: 2:16-cv-05039-AB (RAOx)<br><br>Hon. André Birotte Jr.<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the terms of a written settlement agreement between and among the parties and to the stipulation of the parties, the Court finds that the within action should be, and it hereby is, dismissed with prejudice. Each party shall bear its/his own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated: February 26, 2018

_____
Hon. André Birotte Jr.
United States District Judge

Presented By:

Edgar Sargsyan (SBN 308998)
edgar@pillar.law
Andrew J. Garofalo (SBN 266545)
andrew.g@Pillar.law
**SARGSYAN & ASSOCIATES, APLC**
150 S. Rodeo Drive, Suite 260
Beverly Hills, CA 90212
Telephone: 310-999-0000
Facsimile: 310-295-1880

Attorney for Plaintiff MAP Company

Douglas H. Morseburg (SBN 126205)
dmorseburg@leechtishman.com
**LEECH TISHMAN FUSCALDO & LAMPL**
633 W. Fifth Street, 48th Floor
Los Angeles, California 90071
Telephone: (626) 796-4000
Facsimile: (626) 795-6321

Attorneys for Defendants Lebanese Arak Corp. and Garo Kurkjian